THE STATE v. WILLIAM BREWER, Appellant.

**Division Two, June 23, 1914.**

Appeal from Iron Circuit Court.—*Hon. W. N. Evans.* Judge.

REVERSED.

*Edgar & Edgar* and *J. H. Raney* for appellant; *Orchard & Cunningham* of counsel.

*John T. Barker,* Attorney-General, for the State; *Paul P. Prosser* and *S. P. Howell* of counsel.

ROY, C.—The defendant was convicted of rape under an indictment against him, Charles Parris, and others. There were separate trials after severance. The facts are substantially the same in all these cases. In accordance with the opinion in the Parris case, *ante,* p. 435, the judgment herein is reversed and the defendant discharged. *Williams, C.,* concurs.

PER CURIAM.—The foregoing opinion of ROY, C., is adopted as the opinion of the court. All concur.